No. 00–9402.  MATA-BALDERAS, AKA SANCHEZ LOPEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–9404.  DORSEY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–9407.  BLUNT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–9413.  RICH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–9415.  PRESCOTT v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–9416.  MEZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–9422.  HUGHES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–9432.  CONNORS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–9434.  PENN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9436.  PINEDA-ESCOBEDO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9456.  MERRICK, AKA LOGAN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1420.  PINER ET AL. v. E. I. DU PONT DE NEMOURS & CO. ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–1429.  KATZ ET AL. v. REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–8769.  BOOKER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  JUSTICE BREYER would grant certiorari.